AYALA, APELANTE, *v.* FERNÁNDEZ, APELADO.

Corte de Distrito de Ponce.    Cobro de dinero por servicios profesionales.

No. 2683.—Resuelto en junio 16, 1922.

La corte inferior después de apreciar la prueba declaró sin lugar la demanda y apareciendo que la evidencia es insuficiente se confirma la sentencia que declaró sin lugar la demanda con costas.    El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.